UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MALINKA TACUMA WADE MOYE,

    Petitioner,

vs.

STATE OF CALIFORNIA,

    Respondent.

No. C 13-5624 PJH (PR)

**ORDER OF DISMISSAL**

Petitioner, a state pretrial detainee, has filed a notice to remove his state criminal prosecution to federal court pursuant to 28 U.S.C. § 1443. However, petitioner has previously filed a notice of removal of this same state criminal action in No. C 13-5405 PJH (PR). The court has remanded the case to state court in the earlier filed action. Therefore, this action is dismissed for the same reasons and as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007).

**IT IS SO ORDERED.**

Dated: December 11, 2013

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

G:\PRO-SE\PJH\HC.13\Moye5624.ord.wpd